TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TUCKER WIRFEL,<br><br>                Defendant. | Case No. 23-CR-29-SWS |

## UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE

Defendant Tucker Wirfel, by and through his counsel Tracy Racicot Hucke, Assistant Federal Public Defender, asks this Court to extend the motions deadline one week to April 24, 2023. Undersigned counsel needs additional time to complete a full review of the discovery with Mr. Wirfel and determine whether there are any meritorious motions.

Counsel for Mr. Wirfel has conferred with Assistant United States Attorney, Timothy J Forwood, and AUSA Forwood has no objection to this request.

On February 27, 2023, the government filed a Complaint against Mr. Wirfel charging one count of unlawful possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(1)(1), (b)(1)(C).  (ECF No. 1.) Mr. Wirfel was taken into

federal custody February 28, 2023 and appeared for his initial appearance on the Complaint on March 3, 2023. (ECF Nos. 14 & 7.) Counsel entered her appearance that same day. Mr. Wirfel was subsequently indicted on that same count on March 16, 2023. (ECF No. 21.) He appeared for his initial appearance, arraignment and detention hearing on the Indictment on March 24, 2022. (ECF No. 29.) Trial was scheduled for May 22, 2023. Consistent with this Court's scheduling order, Mr. Wirfel's motions are due on April 17, 2023. (ECF No. 31.)

Although the Government timely provided initial discovery on April 7, 2023, Counsel requires additional time to conduct a full review the discovery with Mr. Wirfel and confer with him regarding potential for any pretrial motions.

Accordingly, Mr. Wirfel asks this Court to grant him a one-week extension of the motions deadline to April 24, 2023.

DATED this 17th day of April 2023.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        */s/ Tracy Racicot Hucke*
        Tracy Racicot Hucke
        Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2023 the foregoing was electronically filed and consequently served on counsel of record.

                                        */s/ Tracy Racicot Hucke*
                                        Tracy Racicot Hucke