# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:02 am, 9/5/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

vs.

TUCKER DONALD WIRFEL

Defendant.

Case Number:   23-CR-29-SWS-2

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date September 5, 2023       Time   9:05 - 9:36 AM

☐ Arraignment    ☑ Change of Plea       Before the Honorable   Kelly H. Rankin

Interpreter: N/A           Int. Phone: N/A

| MiYon Bowden | Jan Davis | Laura M. Harris | N/A |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Timothy Forwood

Defendant:   Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   1   of an Indictment
☐ Nolo Contendere

|  NOT GUILTY PLEA  |  GUILTY PLEA  |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| ☐ Trial date set for _____ at _____ in _____ | ☑ Sentencing set for November 28, 2023 at 8:15 AM in Casper, Wyoming |
| ☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted |
| ☐ Other _____ | ☐ Count(s) _____ to be dismissed at time of sentencing |

BOND IS  ☐ Defendant is detained
☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured
☑ Continued on the same terms and conditions until Sentencing
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____   ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed        ☐ Travel restricted to _____
☐ Maintain current residence                    ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                    ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                ☐ Avoid all contact with _____
☐ Surrender passport to _____   ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local      ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____